**No. 52050.**—Julius Wile Sons & Co., Inc., et al. v. United States, protests 131071–K, etc. (New York).

Opinion by Johnson, J. It was stipulated that the merchandise and issues herein are similar in all material respects to those involved in *United States* v. *Somerset* (33 C. C. P. A. 138, C. A. D. 328), and that a quantity of liquor amounting to 10 percent or more of the total contents of the various barrels, casks, packages, etc., was lost in transit from the port of exportation to the port of destination due to breakage, leakage, or damage. In accordance therewith it was held that an allowance should have been made for the loss appearing upon the gaugers' returns as verified by the affidavits of the importers. The protests were sustained to this extent.

Before the Third Division, November 20, 1947

**No. 52051.**—North American Mercantile Co. v. United States, petition 6353–R (New York).

Opinion by Cline, J. The petition was dismissed.

Before the Second Division, November 26, 1947

**No. 52052.**—Henry Roder et al. v. United States, protests 114319–K, etc. (Los Angeles).

Opinion by Tilson, J. It was stipulated that the articles in question are similar in all material respects to those the subject of Abstract 51130. Accepting this stipulation as a statement of fact certain items of the merchandise were held dutiable at 8 cents each and 25 percent ad valorem, as hunting and similar knives, with handles of deer, or other animal horn, and other items were held dutiable at only 2 cents each and 25 percent ad valorem, as knives with handles of wood, less than 4 inches in length, exclusive of the handle, under paragraph 355, as modified by T. D. 49753. The protests were sustained to this extent.

**No. 52053.**—Jacob Adler & Co., Inc., et al. v. United States, protests 494617–G, etc. (New York).

Opinion by Kincheloe, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiffs was therefore sustained.